IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-00277 |
| : | |
| **KEVIN CORDON,** : | |
| : | |
| **Defendant.** : | |
| : | |

## LINE OF APPEARANCE

Please enter the appearance of Brian K. McDaniel as counsel of record for the Defendant, KEVIN CORDON, in the above captioned matter. Mr. McDaniel maintains offices within the District of Columbia and is a member of good standing in and before this Court.

Respectfully Submitted,

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
The McDaniel Law Group, PLLC
1001 L. Street S.E.
Washington, D.C. 20003
Telephone (202) 331 – 0793
bkmassociates@aol.com