IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-00277 |
| | : | The Hon. Trevor N. McFadden |
| KEVIN F. CORDON, | : | Sent. Date: November 12, 2021 |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes counsel for the Defendant, Mr. Kevin F. Cordon, respectfully requesting that this Court continue the sentencing hearing in this matter presently scheduled for Friday November 12, 2021. In support of this request counsel proffers the following:

1. On August 27, 2021 Defendant entered a plea of guilty to Count Two of the Indictment charging him with Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. §§ 1752(a)(1) and (b)(2). Sentencing is currently scheduled for Friday November 12, 2021.

2. Counsel for the Defendant here is also involved in a homicide case in Tacoma Washington which is scheduled to begin trial on December 6, 2021 in the matter of the *State of Washington v. Perris Daniel*. The parties in the *Daniel* matter have reached an accord and the only day available for the change of plea hearing is the same November 12th date. Counsel did not know before November 8th that he would need to travel to Washington for the purpose of the change of plea hearing there.

3. As such counsel for the defendant Kevin F. Cordon requests that this Court continue the sentencing scheduled in this matter and set the same for a hearing date convenient to the Court and to the parties. Counsel has not been able to ascertain the position of Government counsel prior to the filing of this motion.

**WHEREFORE**, Defendant Kevin Cordon requests that this Court continue his sentencing hearing.

                                                            Respectfully Submitted,

                                                            /s/Brian K. McDaniel_____
Brian K. McDaniel, Esq.
1001 L. Street S.E.
Washington, D.C. 20003
Telephone (202) 331 – 0793
bkmassociates@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2021 a copy of the foregoing Motion to Continue Sentencing was served upon counsel for the Government by ECF.

                                                            /s/Brian K. McDaniel_____
Brian K. McDaniel, Esq.